UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                      Case No: 22-cr-20236
          Plaintiff,              Hon. F. Kay Behm
                                        U.S. District Judge

v.

JULIUS K. JORDAN,

          Defendant.
_____/

### ORDER DENYING MOTIONS FOR COMPASSIONATE RELEASE AND DENYING MOTION FOR APPOINTMENT OF COUNSEL (ECF Nos. 141, 142, 143)

This matter is before the court on Defendant Julius K. Jordan's two Motions for Reduction of Sentence (ECF Nos. 142, 143) under 18 U.S.C. 3582(c)(1)(A), and his motion to appoint counsel in relation to those motions (ECF No. 141).  Jordan pleaded guilty to conspiracy to commit murder-for-hire and possession of an unregistered short barrel rifle.  In October 2023, the court sentenced him to 188 months in prison and three years of supervised release.  ECF No. 107.  Jordan seeks a reduction of sentence due to his youthful age at the time of his offenses. *See* ECF No. 143, PageID.1290.

1

A court may not, however, grant relief under 18 U.S.C. § 3582(c) unless the defendant complies with the administrative exhaustion requirement set out in that provision, which operates as an "unyielding procedural requirement." *United States v. Alam*, 960 F.3d 831, 834 (6th Cir. 2020).  Jordan checked the box in his motion indicating he has not sought such relief, instead indicating that "he would like to go through the courts."  ECF No. 142, PageID.1274; ECF No. 143, PageID.1287. BOP records confirm that Jordan never requested a reduction in sentence or compassionate release motion.  *See* ECF No. 145-3, PageID.1317.  So his apparently identical motions at ECF Nos. 142 and 143 are each **DENIED** without prejudice for failure to exhaust his administrative remedies.

Defendant's motion to appoint counsel (ECF No. 141) is **DENIED** because in this posture, there are no issues presented that the court would benefit from additional briefing on.

**SO ORDERED**.

Date: March 9, 2026                              s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge

2